.91733

MARK E. DAVIS—BAR NO. 79936
PATRICK MALLOY—BAR NO. 308249
**DAVIS & YOUNG, APLC**
1960 The Alameda, Suite 210
San Jose, CA  95126
Phone:  669.245.4200
Fax:       408.985.1814
Email: mdavis@davisyounglaw.com
Email: pmalloy@davisyounglaw.com

Attorneys for Defendant
TAMALPAIS UNION HIGH SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA WHOOLEY, individually and as Successor-in-Interest to GABRIEL WHOOLEY,<br><br>Plaintiff,<br><br>vs.<br><br>TAMALPAIS UNION HIGH SCHOOL DISTRICT; DAVID YOSHIHARA, an individual; DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  18-cv-07686-RS<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER**<br><br>**[Local Rule 6-2]** |

1  Defendants Tamalpais Union High School District and David Yoshihara have each
2  filed respective Motions to Dismiss Plaintiff's Complaint. These Motions were set for
3  hearing on May 23, 2019.
4  On May 20, 2019, the Court Clerk served the parties with notice that the motions
5  scheduled for hearing on May 23, 2019 "shall be submitted without oral argument pursuant
6  to Civil Local Rule 7-1(b). Accordingly, the motion hearing is vacated."
7  As of the date of this Stipulation, the parties have not received a ruling from the
8  Court on Defendants' respective motions.
9  With these motions to dismiss still pending, the parties hereby stipulate that the
10  Initial Case Management Conference currently scheduled for August 1, 2019 at 10:00 a.m.
11  shall be continued to October 10, 2019 at 10:00 a.m.
12  The parties further stipulate that the Joint Case Management Statement that is
13  currently due on July 25, 2019 shall be due on October 3, 2019.
14  **IT IS SO STIPULATED.**
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

.91733

| | |
|---|---|
| DATED: July 24, 2019 | DOUGLAS / HICKS LAW, APC |
| | By <u>/s/ Jamon R. Hicks</u><br>Carl E. Douglas, Esq.<br>Jamon R. Hicks, Esq.<br>Eean L. Boles, Esq.<br>Attorneys for Plaintiff<br>MONICA WHOOLEY |
| DATED: July 24, 2019 | DAVIS & YOUNG, APLC |
| | By <u>/s/ Mark E. Davis</u><br>Mark E. Davis<br>Patrick Malloy<br>Attorneys for Defendant<br>TAMALPAIS UNION HIGH SCHOOL DISTRICT |
| DATED: July 24, 2019 | LEONE & ALBERTS |
| | By <u>/s/ Louis A. Leone</u><br>Louis A. Leone<br>Seth L. Gordon<br>Attorneys for Defendant<br>DAVID YOSHIHARA |

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties, the Court orders the Case Management Conference currently scheduled for August 1, 2019 at 10:00 a.m. shall be continued to October 10, 2019 at 10:00 a.m. The parties shall submit their Joint Case Management Statement on October 3, 2019.

**IT IS SO ORDERED.**

DATED: July 29, 2019

_____

Hon. Richard Seeborg