UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA WHOOLEY,

    Plaintiff,

    v.

TAMALPAIS UNION HIGH SCHOOL DISTRICT,

    Defendant.

Case No. 18-cv-07686-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **January 7, 2021.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 14, 2021, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: November 25, 2020

_____
Richard Seeborg
United States District Judge