.91733

1  MARK E. DAVIS—BAR NO. 79936
   **DAVIS & YOUNG, APLC**
2  1960 The Alameda, Suite 210
   San Jose, CA 95126
3  Phone: 669.245.4200
   Fax:    408.985.1814
4  Email: mdavis@davisyounglaw.com
   Email: pmalloy@davisyounglaw.com
5
   Attorneys for Defendant
6  TAMALPAIS UNION HIGH SCHOOL
   DISTRICT
7

8                    UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11
   | MONICA WHOOLEY, individually and as Successor-in-Interest to GABRIEL WHOOLEY, | Case No.: 18-cv-07686-RS |
   |---|---|
   | Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
   | vs. | |
   | TAMALPAIS UNION HIGH SCHOOL DISTRICT; DAVID YOSHIHARA, an individual; DOES 1 through 100, inclusive, | |
   | Defendants. | |

21      The parties to the above-entitled action hereby stipulate by and through their
22 respective attorneys of record as follows:
23      IT IS STIPULATED by and between the parties to the above captioned litigation, by
24 and through their undersigned counsel of record, that all claims asserted in this action shall
25 be dismissed with prejudice, each party to bear their own fees and costs.
26 ///
27 ///
28

-1-

.91733

1  IT IS SO STIPULATED.

2

3  DATED:

4                                              DOUGLAS / HICKS LAW, APC

5

6  By /s/ Jamon R. Hicks
    Jamon R. Hicks
    Attorneys for Plaintiff
7     MONICA WHOOLEY

8

9  DATED:

10                                            DAVIS & YOUNG, APLC

11

12 By /s/ Mark E. Davis
    Mark E. Davis
13    Attorneys for Defendant
    TAMALPAIS UNION HIGH SCHOOL
14    DISTRICT

## DISMISSAL ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The entire action is hereby dismissed from this action with prejudice.

Dated: 1/14/2021

*[signature]*

JUDGE RICHARD SEEBORG
UNITED STATES DISTRICT COURT

Stipulation & [Proposed] Order Regarding Dismissal of Entire Action With Prejudice
{91733/00521483-1}